UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BOBBY MORRIS  )
_____,  )
      Plaintiff (s),  )
 )
v.  )  Case No.
 )
OHMIUX LLC D/B/A CARBINOX  )
_____,  )
      Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now ___Bobby Morris___ and notifies the court of the intent to use
(Plaintiff or Defendant)

___Magic City Process Service, LLC___
(name and address of process server)

___1825 Ponce de Leon #283, Miami, FL 33134___

To serve: ___OHMIUX LLC_____ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

___May 8, 2025___                    ___/s/ Anthony I. Paronich___
(date)                               (attorney for Plaintiff)

                                     _____
                                     (attorney for Defendant)