UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| **BOBBY MORRIS,** individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**OHMIUX LLC D/B/A CARBINOX,**<br><br>　　　　Defendant. | Case No. 4:25-cv-00663-JSD |

**ENTRY OF APPEARANCE**

Artin Betpera, attorney for Defendant Ohmiux LLC d/b/a Carbinox ("Carbinox"), hereby enters his appearance for Carbinox in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: May 28, 2025　　　　　　　　　BUCHALTER
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　By: /s/Artin Betpera
　　　　　　　　　　　　　　　　　　　　Artin Betpera, Esq. (Bar No. 244477CA)
　　　　　　　　　　　　　　　　　　　　BUCHALTER
　　　　　　　　　　　　　　　　　　　　18400 Von Karman Avenue, Suite 800
　　　　　　　　　　　　　　　　　　　　Irvine, California, 92612
　　　　　　　　　　　　　　　　　　　　Tel: 949-760-1121
　　　　　　　　　　　　　　　　　　　　Fax: 949-720-0182
　　　　　　　　　　　　　　　　　　　　Email: abetpera@buchalter.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant OHMIUX LLC D/B/A CARBINOX*