UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BOBBY MORRIS,                           )
                                        )
        Plaintiff(s),                   )
                                        )
    v.                                  )        No. 4:25-CV-00663-JSD
                                        )
OHMIUX LLC,                             )
                                        )
        Defendant(s).                   )
                                        )

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this

case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from

Magistrate Judge Joseph S. Dueker to District Judge Matthew T. Schelp.


June 6, 2025                            *Nathan M. Graves*                    /
Date                                    Clerk of Court

                            By:   /s/ Jacqueline Parker              /
                                  JACQUELINE PARKER
                                  Deputy Clerk


**In all future documents filed with the Court, please use the following case number:
4:25-CV-00663-MTS**