# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> OHMIUX LLC <br> d/b/a Carbinox <br><br> Defendant. | Case No.   25-cv-663 <br><br> **JURY TRIAL DEMANDED** |

## **NOTICE OF SETTLEMENT**

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty-five days.

 RESPECTFULLY SUBMITTED AND DATED this August 29, 2025.

*/s/ Anthony Paronich*
Anthony Paronich
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510