UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BOBBY MORRIS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:25-cv-00663-MTS |
| OHMIUX LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED**. *See* Doc. [13] (warning the parties that the failure to file appropriate dismissal papers or a detailed status update on the progress of settlement by October 6, 2025, would result in the dismissal of this action without further notice).

Dated this 8th day of October 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE